| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES TERRY and TRYLA TERRY, §
§
    Plaintiffs, §
§
versus §   CIVIL ACTION NO. 1:24-CV-162
§
STATE FARM LLOYDS, §
§
    Defendant. §

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the above-styled case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. CIV. R. 72.

**Signed this date**
May 10, 2024

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE